## EXHIBIT A

Mr. G's Gun Shop is located at 313 East Main Street, East Prairie, Missouri, has a brown brick exterior. It is a two-story building with a sign on the second floor of the business name. A photo of Mr. G's Gun Shop is attached below.



## Exhibit B: Items to be Seized

1. ATF Form 4473s for Mr. G's Gun Shop
2. Acquisition and Disposition Books maintained by Mr. G's Gun Shop
3. Any records of firearms acquisitions or dispositions by Mr. G's Gun Shop
4. All bookkeeping records and other financial records
5. All records relating to income and expenses
6. All timesheets, schedules, workpapers, summaries or any other documentation related to payroll or payroll tax returns. Any documentation identifying employees for Mr. G's Gun Shop LLC.
7. All financial statements, bookkeeper's and/or accountant's workpapers used in the preparation of business records or tax returns. Retained copies of all federal and state income, payroll and sales tax returns. All correspondence from the return preparer or the Internal Revenue Service.
8. Point of sale system equipment consisting of computers, software, terminals, display monitors, back up hard drives, POS terminal access cards, credit card readers, identification card software, and accounting software and the contents contained on those devices or programs.
9. Point of sale networking equipment consisting of modems, routers, cables, servers.
10. Firearms identified as manufactured from component parts and lower receivers.